FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 19-10039 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:11-cr-00234-TLN-1
Eastern District of California, Sacramento |
| v. | |
| STEVEN ZINNEL, | ORDER |
| Defendant-Appellant. | |

A review of the record suggests that this court may lack jurisdiction over the appeal because the district court's February 7, 2019, order is not appealable as a final judgment or an order that comes within the collateral order doctrine. *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798 (1989) (stating that finality requirement generally "prohibits appellate review until after conviction and imposition of sentence").

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

DL/AppComm Direct Criminal

Appellant's motion for leave to proceed in forma pauperis (Docket Entry No. 2) is held in abeyance pending compliance with this order.

Failure to comply with this order shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7